In the Matter of HORACE M. GROSSMAN et al., as Executors of MARIE FORREST, Deceased, Appellants.

JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York in Charge of THE BANK OF UNITED STATES, Respondent.

(Argued March 30, 1932; decided April 26, 1932.)

*Max L. Schallek* and *Alfred Englander* for appellants. *Warren C. Fielding, Arthur Ofner, Joseph F. Hunter* and *Carl J. Austrian* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.